

| English | Customer Service | USPS Mobile | | Register / Sign In |

# USPS Tracking®



 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70151520000053205190

**Updated Delivery Day:** Monday, July 11, 2016

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 11, 2016 , 4:43 am** | **Delivered** | **WASHINGTON, DC 20530** |
| Your item was delivered at 4:43 am on July 11, 2016 in WASHINGTON, DC 20530. | | |
| July 10, 2016 , 10:53 am | Business Closed | WASHINGTON, DC 20530 |
| July 10, 2016 , 6:49 am | Arrived at Hub | WASHINGTON, DC 20018 |
| July 6, 2016 , 6:07 pm | Departed Post Office | WASHINGTON, DC 20009 |
| July 6, 2016 , 12:34 pm | Acceptance | WASHINGTON, DC 20009 |

## Available Actions

**Text Updates**

**Email Updates**

## Track Another Package

**Tracking (or receipt) number**

[                    ]   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2016 USPS. All Rights Reserved.