CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
　　　Plaintiff(s)

Civil Action No. 16-cv-1402 (ABJ)

vs.

Department of Justice
　　　Defendant(s)

**AFFIDAVIT OF MAILING**

I, T. John Tran, hereby state that: On the 6th day of July, 2016, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Attorney for the District of Columbia, c/o Civil Process Clerk, Department of Justice, 555 4th St., NW, Washington, DC 20530

I have received the receipt for the certified mail, No. 7015 1520 0000 5320 5183 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 11th day of July, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

7/11/16　　　　　　　　　　　　　　　　　　　　/s/ T. John Tran
(Date)　　　　　　　　　　　　　　　　　　　　　(Signature)