Customer Service - USPS Tracking®



## USPS Tracking®

Search or Enter a Tracking Number



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 70151520000053205183**

**Updated Delivery Day: Monday, July 11, 2016**

## Product & Tracking Information

| Postal Product: | Features: |
|---|---|
| First-Class Mail® | Certified Mail™ |

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 11, 2016 , 4:43 am** | **Delivered** | **WASHINGTON, DC 20530** |

Your item was delivered at 4:43 am on July 11, 2016 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| July 10, 2016 , 10:53 am | Business Closed | WASHINGTON, DC 20530 |
| July 10, 2016 , 6:49 am | Arrived at Hub | WASHINGTON, DC 20018 |
| July 7, 2016 , 6:18 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| July 6, 2016 , 7:52 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |
| July 6, 2016 , 6:07 pm | Departed Post Office | WASHINGTON, DC 20009 |
| July 6, 2016 , 12:34 pm | Acceptance | WASHINGTON, DC 20009 |

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

