**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 16-1402 (ABJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 17, 2016 Minute Order, the parties conferred and respectfully submit this Joint Status Report to apprise the Court on the progress of this Freedom of Information Act ("FOIA") case.

Since the parties' last Joint Status Report (ECF No. 13), the parties held additional discussions on Plaintiff's FOIA request.   As a result, the parties have agreed to settle the merits of Plaintiff's FOIA complaint.   The only remaining issue to be resolved is Plaintiff's request for attorney's fees and costs.   To that end, Plaintiff has recently provided Defendant with a copy of its billing statement, which Defendant is currently reviewing.   The parties intend to continue their discussions, and will notify the Court whether litigation over fees is necessary.

Accordingly, based on the foregoing, the parties propose that they submit another Joint Status Report to the Court on November 21, 2016,[1] to advise the Court whether the

---

[1]   The undersigned defense counsel is on travel next week and will not return to the office until November 10, 2016.   Upon returning to the office, counsel has to contend

1

parties have agreed to settle the case or, alternatively, to propose a briefing schedule to litigate the fees issue.   If the parties resolve the entire case before the next deadline, the parties shall promptly inform the Court of any settlement.

Respectfully Submitted,

| | |
|---|---|
| MARC ROTENBERG | CHANNING D. PHILLIPS |
| D.C. Bar # 422825 | D.C. Bar #415793 |
| EPIC President | United States Attorney |
| | |
| ALAN BUTLER | DANIEL F. VAN HORN |
| D.C. Bar # 1012128 | D.C. BAR # 924092 |
| EPIC Senior Counsel | Chief, Civil Division |
| | |
| By: /s/ T. John Tran | By:         //s// |
| T. JOHN TRAN | JOHN C. TRUONG |
| D.C. Bar # 1027767 | D.C. BAR #465901 |
| ELECTRONIC PRIVACY | Assistant United States Attorney |
| INFORMATION CENTER | 555 4th Street, N.W. |
| 1718 Connecticut Avenue, N.W. | Washington, D.C. 20530 |
| Suite 200 | Tel: (202) 252-2524 |
| Washington, D.C. 20009 | Email: John.Truong@usdoj.gov |
| (202) 483-1140 (telephone) | |
| tran@epic.org | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |

---

with several filing deadlines.   The requested deadline herein is to accommodate counsel's travel and work schedule.